Order entered October 22, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01278-CV

### FREDERICK BROWN, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE PROPERTIES, LLC, ANTHONY BARONE, ANDREW FIN, DARYL MCLEOD, GREG HARNISCH, JAMES LAUX, AL BROADWAY, A.J. LOLL, AND ANTON KOTTENBECK, Appellees

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-03045-D

## ORDER

Before the Court is appellant Frederick Brown's October 12, 2015 "Notice to Report Failure to Serve Appellee Brief." Appellant requests therein that this Court "grant review of the Notice to serve appellee briefs." Appellant states in part that, to date, he has not received a copy of appellees' brief and therefore has not had the opportunity to respond to that brief.

Appellee Nationstar Mortgage, LLC ("Nationstar") filed an October 14, 2015 response to appellant's notice in which it asserts this Court should disregard and/or strike appellant's notice. Nationstar states in part (1) appellees' brief was filed in this Court on April 2, 2015; (2) a true and correct copy of that brief was sent at that time to appellant's address of record via certified mail with return receipt requested; (3) "appellant did not sign for the certified mail which

contained appellee's brief, and after receiving multiple notices thereof, it was returned to sender as unclaimed on April 29, 2015 by the United States Postal Service"; and (4) "appellant's alleged failure to receive a copy of appellee's brief is not the result of any ill intent on behalf of appellee or its counsel, but rather appellant's own conduct." Attached to Nationstar's response is an affidavit respecting the service of appellees' brief by certified mail to appellant's address of record.

In a December 22, 2014 letter filed in this Court, appellant stated in part "[a]ll communication from the Court and other counsel regarding the appeal should be directed to Frederick Brown and not certify mail [sic]." Additionally, in a response to an order of this Court filed on that same date, appellant stated he has difficulty claiming certified mail due to a disability.

Texas Rule of Appellate Procedure 9.5 allows for service of documents by mail. *See* TEX. R. APP. P. 9.5. While service by certified mail complies with the appellate rules of procedure, we **ORDER** appellee Nationstar to serve its appellate brief on appellant by first class United States mail, non-certified, no later than October 26, 2015. Additionally, we **ORDER** the clerk of this Court to send appellant a copy of appellees' April 2, 2015 brief by first class United States mail, non-certified, no later than October 26, 2015.

Appellant may file a reply brief in this Court no later than November 9, 2015. If no reply brief is filed in this Court by appellant by that date, this appeal will be decided on the briefs filed.

s/     DOUGLAS S. LANG
         PRESIDING JUSTICE